UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-26471 |
|---|---|---|
| Daisy Santana | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR FINAL DECREE AND ENTRY OF DISCHARGE**

This cause coming on to be heard on the Debtor's motion for final decree and for entry of disrchage; due and proper notice of the Motion has been given to the parties entitled thereto; the estate and the court being duly advised in the premises:

The estate of the above captioned debtor has been fully administered.

IT IS THEREFORE ORDERED that the Motion is granted. The clerk's office is directed to issue a discharge to the Debtor.

IT IS THEREFORE ORDERED that the above captioned chapter 11 case can be closed immediately after the Debtor receives her discharge.

Dated: Nov 19, 2015

Enter:

United States Bankruptcy Judge

NOV 19 2015

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko