B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
Case No. **14–26471**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daisy Santana
  5257 West Warner
  Chicago, IL 60641

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2233

Employer Tax ID / Other nos.:


### DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).


                                    FOR THE COURT

Dated: November 20, 2015            Jeffrey P. Allsteadt, Clerk
                                    United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-26471-JBS
Daisy Santana                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Nov 20, 2015
                              Form ID: b18ri          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2015.
```
db          +Daisy Santana,    5257 West Warner,    Chicago, IL 60641-1470
22176897   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, N. A.,    P. O. Box 982235,
             El Paso , TX 79998 - 2235)
22309220    BMO Harris Bank,    Attn Retail Collections BRK-180-RC,    770 N. Water St.,
             Milwaukee, WI 53202-3593
22176898   +BMO Harris Bank, N. A.,    111 West Monroe Street,    Chicago, IL 60603-4095
22284522    Bank of America,    POB 5170,    Rapid City, SD 57709
22176894   +Bank of America, N. A.,    100 North Tryon Street,    Charlotte, NC 28202-4031
22176895   +Bank of America, N. A.,    7105 Corporate Drive,    Plano, TX 75024-4100
22284525   +Best Buy,    Capital One Retail,    POB 71106,    Charlotte, NC 28272-1106
22176900   +Capital One Bank (USA), N. A.,    Attn: Bankruptcy Department,    P. O. Box 30285,
             Salt Lake City, UT 84130-0285
22176899   +Capital One Bank (USA), N. A.,    Re: Household Bank,    4851 Cox Road,
             Glen Allen, VA 23060-6293
22539402    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22287148    Capital One, N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
22748768    Capital One/ Kohls,    Beckett & Lee,    P.O. Box 3001,    Malvern , PA 19355-0701
22284524    Cari A Kauffman,    Manley Deas Kochalski LLC,    POB 165028,    Columbus, OH  43216-5028
22176901   +Chase Bank USA, N. A.,    201 North Walnut Street,    Wilmington, DE 19801-2920
22176904   +Citibank, N. A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
22176905   +Citibank, N. A.,    Re: Best Buy,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
22176903   +Citibank, N. A.,    Re: Sears,    P. O. Box 6275,    Sioux Falls, SD 57117-6275
22176902   +Citibank, N. A.,    Re: Kohl's,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
22176907   +Comerica Bank,    Suite 300,    455 Capital Mall,    Sacramento, CA 95814-4415
22586092    Green Tree Servicing LLC,    c/o Manley, Deas & Kochalski, LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028
23382190   +Green Tree Servicing LLC,    c/o Pierce & Associates,    1 N. Dearborn, Suite 1300,
             Chicago, IL 60602-4321
22284526   +Guadalope Caldera,    2946 N Normandy,    Chicago, IL 60634-4817
22284523   +Harris Bank,    POB 367,    Arlington Heights, IL 60006-0367
22176911   +Johnson, Blumberg & Associates,    Suite 1125    Re: 2014CH06673,    230 West Monroe Street,
             Chicago, IL 60606-4723
22176912   +Keavener, Scott, Beyers & Mihlar, LLC.,    Suite 200    Re: 2014CH09209,
             111 East Main Street,    Decatur, IL 62523-1204
22284527   #+Luz Johnson,    2934 N McVicker,    Chicago, IL 60634-5145
22230375   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
             PO Box 630267,    Irving, TX 75063)
22193138    Nationstar Mortgage, LLC,    Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus OH  43216-5028
22284531   +Osama Husein and Century Investment Group,    327 E 79th Street,    Chicago, IL 60619-2840
22284528   +Raheed Awadallah,    2916 N New England,    Chicago, IL 60634-4828
22284529   +Sammy Kleit,    5257 W Warner,    Chicago, IL 60641-1470
22284530   +Sears,    POB 183082,    Columbus, OH 43218-3082
22176917   +U S Bank, N. A.,    Attn: Escalation Center,    17500 Rockside Road,    Bedford, Ohio 44146-2099
22176918   +U. S. Small Business Administration,    Suite 1250,    500 West Madison Street,
             Chicago, IL 60661-4552
22559375   +U.S. Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
22176916  +++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U S Bank,    425 Walnut Street,    Cincinnati, OH 45202)
22726625   +US Bank National Association,    c/o Codilis & Associates, P.C,,
             15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22176906   +E-mail/Text: legalcollections@comed.com Nov 21 2015 01:03:01      ComEd,
             Attn: Bankruptcy Section,    3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
22176908   +E-mail/Text: lbankruptcy@cookcountytreasurer.com Nov 21 2015 01:02:12      Cook County Treasurer,
             Room 112,    118 North Clark Street,    Chicago, IL 60602-1590
22176909    E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 21 2015 01:01:13      Green Tree Servicing, LLC.,
             P. O. Box 6154,    Rapid City, SD 57709-5154
22176913   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 21 2015 01:00:57      Kohl's,
             Attn: Credit Administrator,    P. O. Box 3120,    Milwaukee, WI 53201-3120
                                                                                              TOTAL: 4
```

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22176910        Rapid City, SD 57709-5154
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Nov 20, 2015
                               Form ID: b18ri              Total Noticed: 42

22176896*      +Bank of America, N. A.,   100 North Tryon Street,    Charlotte, NC 28202-4031
22748766*      +Chase Bank USA, N. A.,    201 North Walnut Street,   Wilmington, DE 19801-2920
22748767*      +Citibank, N. A.,    Re: Sears,    P. O. Box 6275,    Sioux Falls, SD 57117-6275
22586131*     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:  Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154)
22176914*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
22889041*      Nationstar Mortgage LLC,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus OH  43216-5028
22176915     ##+Peoples Gas Company,    Attn: Bankruptcy Department,    130 East Randolph Drive,
                Chicago, IL  60601-6207
                                                                                    TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2015                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Green Tree Servicing LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Daniel  Rubin    on behalf of Creditor    BMO Harris Bank N.A. drubin@howardandhoward.com
              Karen J Porter    on behalf of Debtor Daisy  Santana porterlawnetwork@gmail.com,
               portersam100@comcast.net
              Karen J Porter    on behalf of Plaintiff Daisy  Santana porterlawnetwork@gmail.com,
               portersam100@comcast.net
              Keith  Levy    on behalf of Creditor    Green Tree Servicing LLC amps@manleydeas.com
              L. Judson Todhunter    on behalf of Creditor    BMO Harris Bank N.A. JTodhunter@howardandhoward.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    US Bank National Association ND-Four@il.cslegal.com
              Sarah E Willms    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Toni  Townsend    on behalf of Creditor    Green Tree Servicing LLC
               toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com
              Toni  Townsend    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 11
```